MAY 1, 1961.

No. 669. LURK *v.* UNITED STATES. Certiorari, 365 U. S. 802, to the United States Court of Appeals for the District of Columbia Circuit. Motion of *Francis M. Shea,*

*Esquire,* for leave to participate in oral argument for the Judges of the United States Court of Claims, as *amici curiae,* granted.